ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

CALIFORNIA LEMON LAW CENTER, INC.
LUCY KASPARIAN, State Bar No. 228932
136 N. Glendale Ave.
Glendale, California 91206
Tel: (818) 547-5777 ▪ Fax: (818) 547-9777
E-mail: LKasparian@aol.com

Attorneys for Plaintiff Zarui Khachatryan

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ZARUI KHACHATRYAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC. et al.<br><br>　　　　Defendants. | Case No. SA CV 08-663 JVS (RNBx)<br><br>HON. JAMES V. SELNA<br>Courtroom 10C<br><br>**JUDGMENT AFTER JURY TRIAL** |

　　This matter came regularly for trial on September 2, 2009. A jury of eight was impaneled. After deliberations, the jury returned a Special Verdict in favor of Plaintiff and against Defendant, which was filed on September 14, 2009. The contents of the jury's Special Verdict are incorporated herein by reference as if set forth fully herein.

///

///

Based upon the Jury's Special Verdict, the Court grants this Judgment in favor of Plaintiff Zarui Khachatryan and against Defendant Toyota Motor Sales, U.S.A., Inc. in the amount of $5,976.13.

The Jury's Special Verdict reflects that Defendant is not entitled to a mileage offset pursuant to Civil Code section 1793.2(d)(2)(B).  Plaintiff did not prevail on her claim for relief under Civil Code § 1793.2(d) and the jury found that Plaintiff did not timely revoke acceptance of the vehicle.  Accordingly, the jury awarded damages based upon diminution in value and not a measure of restitution.

Plaintiff Zarui Khachatryan shall also recover court costs and reasonable attorney fees from Defendant Toyota Motor Sales, U.S.A., Inc. in the amount of $_____.

DATED:  September 24, 2009

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE