Sean D. Beatty (Bar No. 155328)
John W. Myers IV (Bar No. 179975)
BEATTY & MYERS, LLP
100 West Broadway, East Tower, Suite 5000
Long Beach, California 90802-4432
Telephone: (562) 606-1530
Fax: (562) 268-1141

Attorneys for defendants Toyota Motor Corporation and
Toyota Motor Sales, U.S.A., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ZARUI KHACHATRYAN,<br><br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR CORPORATION,<br><br>Defendants. | NO.   SACV08-00663 JVS (RNBx)<br><br>Judge:         Hon. James V. Selna<br>Magistrate: Hon. Robert N. Block<br><br>**[PROPOSED] AMENDED JUDGMENT**<br><br>Complaint Filed:  June 13, 2008<br>Trial Date:          September 1, 2009 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came regularly for trial on September 2, 2009. A jury of eight was impaneled. After deliberations, the jury returned a Special Verdict in favor of defendant, and against plaintiff, on plaintiff's claims for: (a) failure to repurchase, (b) failure to repair within a reasonable time/30-days, and (c) breach of express warranty under California law. This Special Verdict was filed on September 14, 2009. On October 28, 2009, the Court granted defendant's motion for judgment

as a matter of law, on plaintiff's remaining claim for breach of the implied warranty of merchantability, directing that judgment for defendant be entered. The contents of the jury's Special Verdict and the Court's order on defendant's motion for judgment as a matter of law are incorporated herein by reference as if set forth fully herein.

Based upon the jury's Special Verdict and the Court's order granting defendant's motion for judgment as a matter of law, the Court grants this Judgment in favor of Toyota Motor Sales, U.S.A., Inc., and against plaintiff Zarui Khachatryan. (The previous judgment, entered on September 24, 2009, is hereby vacated.)

Defendant Toyota Motor Sales, U.S.A., Inc., shall also recover costs from plaintiff Zarui Khachatryan, Inc. in the amount of $_____.

Dated:   November 18, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**PROOF OF ELECTRONIC SERVICE**

I, John W. Myers IV, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 W. Broadway, #5000 (East Tower), Long Beach, California, 90802.

**[ ]  BY PERSONAL SERVICE**: I caused the document described below to be delivered in a sealed envelope to counsel listed below.

**[X]  ELECTRONICALLY**: On the date indicated below, an attorney with our office will file the document described below electronically using the Court's CM/ECF System. I am informed and believe that the Court's CM/EFC System will automatically e-mail a Notice of Electronic Filing to each registered CM/ECF user and that this e-mailing will constitute electronic service of the document.

Document(s) Served:  **[PROPOSED] JUDGMENT**

Person(s) served, address(es), and fax number(s):

| | |
|---|---|
| Martin W. Anderson | Attorneys for plaintiff |
| Anderson Law Firm | |
| 2070 North Tustin Avenue | (714) 516-2700 – phone |
| Santa Ana, CA  92705 | (714) 532-4700 – fax |
| | |
| Lucy Kasparian | Attorneys for plaintiff |
| California Lemon Law Center, Inc. | |
| 136 N. Glendale Avenue | (818) 547-5777 – phone |
| Glendale, CA 91206 | (818) 547-9777 – fax |
| | |
| Date of Service: | November 11, 2009 |
| Date Proof of Service Signed: | November 11, 2009 |

I declare under penalty of perjury under the laws of the United States of America and on my own personal knowledge that the above is true and correct.

/s/ John W. Myers IV